Darrien O. Shuquem (018153)
Allison Preston (029346)
**VIAL FOTHERINGHAM, LLP**
1900 W. Broadway Road
Tempe, Arizona 85282
Telephone:  (480) 448-1334
Facsimile:  (480) 269-9851
Darrien.Shuquem@VF-Law.com
Allison.Preston@VF-Law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AVIE BOMBARD,  Trustee of the Avie Bombard Revocable Living Trust; MARCO and RENEE DURAN, husband and wife; GARY ATEN AND DOROTHY MOORE REVOCABLE TRUST; JASON ROQUE and MONICA LIMAS, a single man and woman; ERIC and KIMBERLY HART, husband and wife; SCOTT and MICHELLE MEDVED, husband and wife; JASON HARZTELL, a married man as his sole property; JORDAN SHARP, a  single man; THEODORE and FRANCINA SPENCER, husband and wife; SCOTT and LORI-JO PETERS, husband and wife; WILLIAM and AMY THOMAS, husband and wife; RANDALL and DENA DEAL, SR., husband and wife; KARL and LISA CLERIE, husband and wife; RUBY BERDEAN COLBERT, Trustee under The Trust of Ruby Berdean Colbert; ADALBERTO and ANGELITA MEJIA, husband and wife; GABRIEL and JO-ANNE ESPARZA, husband and wife; JAMES I. WILLIAMSON and LAUREN L. CERCONE, as Trustees of the 2009 Williamson-Cercone Revocable Trust; JERECIA PATTERSON, a single woman; MICHAEL QUIROZ, a single man; REBECCA BEKEL, a single woman; JOHN AKRAM, a married man as his sole property;  HANS and SUSAN STOLL, husband and wife; PHILLIP and VIVIAN JACKSON, husband and wife; BENJAMIN OLSON, III, a single man; ROBERT and KATHERINE SIEMANN, husband and wife; JEFFREY BARRY, a married man as his sole property; RONALD PLOURDE, a married man as his sole property; EDMUND and LINDA MALIK, husband and wife; GREGORY and BEVERLY | No.  CV-16-02534-PHX-ROS<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Formerly Maricopa County Superior Court Case No. CV2016-094739] |

| | |
|---|---|
| 1 | KEENA, husband and wife; JOSEPH and TIFFANY KAVANAUGH, husband and wife; CHRISTOPHER and COURTNEY GLAUS, husband and wife; STEPHEN KNIGHT and REGINALD JOHNSON, single men; and all others similarly situated, |
| 2 | |
| 3 | |
| 4 | Plaintiffs, |
| 5 | v. |
| 6 | BEAZER HOMES SALES, INC., a Delaware Corporation; BEAZER HOMES HOLDINGS CORP., a Delaware Corporation; XYZ Entities, 1 through 5, |
| 7 | |
| 8 | Defendants. |
| 9 | |

10  This Corporate Disclosure Statement is filed on behalf of Plaintiffs in compliance with the
11 provisions of:  *(check one)*

12  ☒  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
13     action in a district court must file a statement that identifies any parent corporation and
14     any publicly held corporation that owns 10% or more of its stock or states that there is
15     no such corporation.

16  ☐  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
17     party to a proceeding in a district court must file a statement that identifies any parent
18     corporation and any publicly held corporation that owns 10% or more of its stock or
19     states that there is no such corporation.

20  ☐  Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of
21     alleged criminal activity is a corporation the government must file a statement identifying
22     the victim and the statement must also disclose the information required by Rule
23     12.4(a)(1).

24  **The filing party hereby declares as follows:**

25  ☒  No such corporation.

26

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

_____Relationship_____

☐ Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 1st day of August, 2016.

**VIAL FOTHERINGHAM, LLP**

By: */s/ Darrien O. Shuquem*
    Darrien O. Shuquem
    Allison Preston
    Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2016, the foregoing document entitled, **CORPORATE DISCLOSURE STATEMENT** was e-filed and served via electronic service through the United States District Court for the District of Arizona's ECF System and to the following ECF registrants:

Rosary Hernandez
Michelle Buckley
Tiffany & Bosco, P.A.
2525 E. Camelback Rd., 7th Fl.
Phoenix, AZ 85016

By: */s/ Terri Stewart*